THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,    Respondent,
 
 
 

v.

 
 
 
Kermit Deaumont Claypoole,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2004-UP-645
Submitted December 1, 2004  Filed December 
 21, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Kermit Deaumont Claypoole 
 appeals his conviction for four counts of criminal sexual misconduct with a 
 minor, arguing the trial court erred in denying his motion for directed verdict.  
 In his pro se brief, Claypoole argues the trial court erred in 
 admitting DNA testing evidence and in denying his motion for a mistrial based 
 on expert testimony which asserted a legal conclusion.  After a thorough review 
 of the record, counsels brief, and Claypooles pro se brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Claypooles appeal under Rule 
 220(b)(2), SCACR, and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, 
 JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.